# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMPASS GROUP USA, INC.<br><br>              Plaintiff,<br><br>   vs.<br><br>AGRI STATS, INC.; CASE FARMS, LLC; CASE FARMS PROCESSING, INC.; CASE FOODS, INC.; FOSTER FARMS, LLC; FOSTER POULTRY FARMS; NORMAN W. FRIES, INC. d/b/a CLAXTON POULTRY FARMS, INC.; HARRISON POULTRY, INC.; HOUSE OF RAEFORD FARMS, INC.; JCG FOODS OF ALABAMA, LLC; JCG FOODS OF GEORGIA, LLC; KEYSTONE FOODS; KOCH FOODS, INC.; KOCH MEAT CO., INC.; MAR-JAC POULTRY, INC.; MOUNTAIRE FARMS, INC.; MOUNTAIRE FARMS, LLC; MOUNTAIRE FARMS OF DELAWARE, INC.; O.K. FOODS, INC.; O.K. FARMS, INC.; O.K. INDUSTRIES, INC.; PERDUE FARMS, INC.; PERDUE FOODS, LLC; PILGRIM'S PRIDE CORPORATION;  SANDERSON FARMS, INC.; SANDERSON FARMS, INC. (FOOD DIVISION); SANDERSON FARMS, INC. (PRODUCTION DIVISION); SANDERSON FARMS, INC. (PROCESSING DIVISION); SIMMONS FOODS, INC.; SIMMONS PREPARED FOOODS, INC.; TYSON BREEDERS, INC.; TYSON CHICKEN, INC.; TYSON FOODS, INC.; TYSON POULTRY, INC.; and WAYNE FARMS, LLC.<br><br>              Defendants. | Case No.:<br><br>**COMPLAINT**<br><br>**Jury Trial Demanded** |

COMPLAINT

1. Plaintiff Compass Group USA, Inc., is a Delaware corporation with its principal place of business in Charlotte, North Carolina.

2. Compass Group USA, Inc. brings this action on behalf of itself and its subsidiaries, affiliates and divisions, including but not limited to Foodbuy, LLC (collectively, "Compass Group" or "Plaintiff"), as an assignee from Sysco Corporation, and its affiliates, subsidiaries, and predecessors (collectively referred to as "Sysco"), with respect to Sysco's direct purchases of Broilers from Defendants made for Compass Group. Based on those direct purchases, Sysco has assigned its federal antitrust claims to Compass Group.

3. Compass Group brings this action under the federal antitrust laws against the Defendants identified below and incorporates by reference the factual allegations and reservations of rights contained in the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in In re Broiler Antitrust Litigation, Civil Action No. 1:16-cv-08637 (ECF 4243; ECF 4244).

4. Compass Group joins Section II of the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, adding the following to specify Compass Group's causes of action and the Defendants in the Compass Group action:

| Plaintiff Name | Named Defendants[1] | Named Co-Conspirators | Causes of Action |
|---|---|---|---|
| Compass Group USA, Inc. | Agri Stats; Case; Claxton; Foster Farms; Harrison; House of Raeford; Keystone Foods; Koch; Mar-Jac; Mountaire; O.K. Foods; Perdue; Pilgrim's Pride; Sanderson; Simmons; Tyson; Wayne | Fieldale; Amick; George's; Peco; Allen Harim | Count 1 (Sherman Act Claim for all Anticompetitive Conduct); Count II (Sherman Act Claim for Output Restriction, Pled in the Alternative to Count 1); Count III (Sherman Act Claim for GA Dock Manipulation, Pled in the Alternative to Count I) |

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter joint and several judgments against all Defendants in favor of Plaintiff;

B. Award Plaintiff treble damages, of an amount to be determined at trial, to the maximum extent allowed under the federal antitrust laws;

C. Award Plaintiff post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D. Award Plaintiff its attorneys' fees, litigation expenses, and costs, as provided by law;

E. Grant Plaintiff such other and further relief to which Plaintiff is entitled.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on all of its claims and issues so triable.

---

[1] The Defendants named in this Complaint include the entire Defendant family of each Defendant in this table, identified in Section IV.B of ECF 4243/ECF 4244.

Date: January 21, 2022	Respectfully submitted,

        A & G LAW LLC

        By: s/ Robert M. Andalman
        Robert M. Andalman (ARDC #6209454)
        Rachael Blackburn (ARDC #6277142)
        542 South Dearborn Street, 10th Floor
        Chicago, Illinois 60605
        Telephone: (312) 348-7629
        Email: randalman@aandglaw.com
              rblackburn@aanddglaw.com

        ANTITRUST LAW GROUP, LLC

        s/ David C. Eddy
        David C. Eddy, Esquire
        N.D. Illinois Bar No. 72258
        Dennis J. Lynch, Esquire
        N.D. Illinois Bar No. 07622
        1601 Assembly Street
        P.O. Box 8117
        Columbia, South Carolina 29202
        Telephone: (803) 253-8267
        Email: deddy@theantitrustlawgroup.com
        Email: dlynch@theantitrustlawgroup.com

        **Counsel for Plaintiff Compass Group USA, Inc.**